# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CASSANDRA FORD**                                                         **PLAINTIFF**

V.                **CASE NO. 3:11CV00034 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## ORDER

For good cause shown, Cassandra Ford's unopposed first motion for extension of time to file her brief (docket entry #12) is GRANTED. The time is extended to, and including, July 14, 2011. Defendant's brief will be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 14th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE